Carlos **GARIBAY–HERNANDEZ,** Petitioner,

v.

John **ASHCROFT,** Attorney General,* Respondent.

No. 02–71716.
Agency No. A90–986–440.

United States Court of Appeals, Ninth Circuit.

Submitted March 15, 2004.**

Decided March 24, 2004.

Suzanne B. Friedman, Esq., Law Offices Of Suzanne B. Friedman, San Francisco, CA, for Petitioner.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, Ronald E. LeFevre, Chief Legal Officer, San Francisco, CA, Robbin K. Blaya, Esq., DOJ–U.S. Department of Justice, Washington, DC, for Respondent.

Before: B. FLETCHER, WARDLAW, and CLIFTON, Circuit Judges.

---

** The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**620**

MEMORANDUM ***

Carlos Garibay Hernandez, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order summarily affirming an immigration judge's order of deportation. We have jurisdiction to review due process challenges, and we review de novo. *Jimenez–Angeles v. Ashcroft*, 291 F.3d 594, 599 (9th Cir.2002). We deny the petition.

Petitioner's contentions—that the regulations providing for summary affirmance by the BIA violate due process and are "void for vagueness"—are foreclosed by *Falcon Carriche v. Ashcroft*, 350 F.3d 845, 850–51 (9th Cir.2003).

PETITION FOR REVIEW DENIED.

**PETITION FOR REVIEW DENIED.**

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

